March 6, 1981.

433 A.2d 122

Commonwealth v. Arzonica, Appellant.

Argued March 3, 1980. James W. Harris, for appellant; John C. Uhler, District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WATKINS and MONT-GOMERY, JJ.

The judgment of sentence is hereby affirmed.